

**KONTA GEORGES & BUZA P.C.**
Criminal Defense, Civil Rights & Personal Injury

PARTNERS: Adam B. Konta
Robert W. Georges
John P. Buza

The Woolworth Building
233 Broadway, Suite 900
New York, New York 10279

Phone: 212.710.5166
Fax:    212.710.5162
www.kontageorges.com

March 19, 2021

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Sean Faircloth*, 05 CR 529 (LAP)

Dear Judge Preska:

I represent Sean Faircloth. Mr. Faircloth is charged with a violation of supervised release. The case is currently scheduled to be heard on March 24, 2021 at 11:00 a.m. This would be the first time the matter is calendared for this purpose. I respectfully request that the matter be adjourned for a period of three weeks. I make this request because the parties have an agreement in principle regarding how the matter should be resolved, but I need more time to advise Mr. Faircloth about the intricacies associated with this proposed resolution. This is my first request for an adjournment and the Government does not object.

Respectfully Submitted,

John P. Buza

cc.:   AUSA Sarah Mortazavi (via ECF)

```
The hearing scheduled for March 24, 2021 is adjourned to April 14,
2021 at 11:00 a.m.

     SO ORDERED.

     Dated:    March 19 2021,
               New York, New York
```

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.