**Konta, Georges, and Buza, P.C.**
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@gmail.com

June 11, 2021

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Sean Faircloth,* **05 CR 529 (LAP)**

Dear Judge Preska:

  I represent Sean Faircloth. Mr. Faircloth is charged with a violation of supervised release. His sentencing on the violation is scheduled for June 29, 2021 at 10:00 a.m. I respectfully request that the matter be adjourned to any date in early August that is convenient for the Court. I make this request because I am still awaiting certain documents that I intend to submit for the Court to consider. This is my first request to adjourn the sentencing and the second request for an adjournment overall in this matter. The previous request was granted. The Government did not object to the previous request for adjournment and does not object here.

                Respectfully Submitted,

                /s/
                _____
                John P. Buza

cc.: AUSA Sarah Mortazavi (via ECF)

```
The sentencing originally scheduled for
June 29, 2021 is adjourned to August 17,
2021 at 10:00 a.m.

SO ORDERED.

Dated:    June 14, 2021
          New York, New York
```

*[Signature: Loretta A. Preska]*

LORETTA A. PRESKA, U.S.D.J.