UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>SEAN DARRELL FAIRCLOTH,<br><br>Defendant. | No. 5-CR-529 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

After favorable consideration of the factors set forth in 18 U.S.C. § 3553(a), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and without objection from the Government or Probation, the Court terminates Sean Darell Faircloth's supervised release effective immediately. The Clerk of Court shall close docket number 61. **SO ORDERED.**

Dated: July 20, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge